589 A.2d 212

Timothy J. BROSIOUS, Appellant,

v.

Robert C. PENNA.

Supreme Court of Pennsylvania.

Argued April 11, 1991.

Decided April 30, 1991.

Howard B. Zavodnick, Philadelphia, Sandra F. Zavodnick, Merion Station, for appellant.

John T. Quinn, Philadelphia, for appellee.

Before LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Order of Superior Court 391 Pa.Super. 631, 563 A.2d 186 reversed and case remanded to Court of Common Pleas of Philadelphia for a new trial on the issue of damages only. *See Troncatti v. Smereczniak,* 428 Pa. 7, 235 A.2d 345 (1967); *Bedillion v. Frazee,* 408 Pa. 281, 183 A.2d 341 (1962).

NIX, C.J., did not participate in the consideration or decision of this case.